**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**STANDING ORDER REGARDING APPEARANCE OF COUNSEL**
**VIA TELEPHONE AND/OR VIDEO**

**CASPER, J.**                                                                    **March 25, 2020**

In the light of the necessity of the issuance of General Orders 20-1 to 20-7 issued this month and the state of emergency that exists in the Commonwealth of Massachusetts and throughout the United States as the result of the spread of the coronavirus and COVID-19, the Court expects counsel to appear now via telephone (or by video, in some circumstances) for most proceedings. The Court notes that during these telephonic and/or video proceedings, it is important that all participants, including counsel, endeavor to ensure that an accurate record of the proceedings is maintained as all such proceedings are being transcribed by the court reporter.   In furtherance of that interest, these telephonic/video appearances are subject to the following requirements:

1.  To the extent that counsel can call on a land line, please do so.  It greatly enhances the quality of the transmission.

2.  Please do not use the speaker function on your phone.

3.  Please do not enable or use a voice activated system.

4.  Use the mute function unless you are speaking.

5.  It is particularly important that counsel not speak over other participants.  Please pause before speaking so you do not risk doing so.

6.  Before speaking, identify yourself again for the record.

7.  Please remember to speak slowly.

**So Ordered.**

/s/ Denise J. Casper
Denise J. Casper
United States District Judge